IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**SOUTHERN FIRE AND CASUALTY COMPANY**

**VS.**                                  **CIVIL ACTION NO. 4:11CV00034-GHD-JMV**

**GLENN MILLER, ET AL.**

### ORDER

A status conference has been set to take place in person in the chambers of the undersigned United States Magistrate Judge on August 30, 2011 at 10:30 a.m. This conference will be joined with a status conference previously set for the same date and time in the underlying case, *Eastmoor Estates Residents Association, et al v. Glenn Miller, et al., Cause* No. 4:10-cv-00144-WAP-DAS. Counsel for the parties in both matters must be prepared to discuss the issues raised by the pleadings and scheduling of appropriate deadlines in their respective cases.

SO ORDERED this, the 29th day of July, 2011.

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE