# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

SOUTHERN FIRE AND CASUALTY
COMPANY,

Plaintiff                                 Civil Action No.: 4:11cv34-GHD-JMV

v.

GLENN MILLER; FLORENCE MILLER;
GLENN MILLER CONSTRUCTION
COMPANY, INC.; EASTMOOR
ESTATES RESIDENTS' ASSOCIATION;
and LAGWUNDA PAM, EMMA BUSH,
and
ROSLAND LOVE, individually and as
named representatives of the EASTMOOR
ESTATES PLAINTIFF CLASS

Defendants.

## ORDER

Having considered the Plaintiffs' Motion to Stay Proceedings and finding that the motion is well-taken, it is hereby **ORDERED** that Plaintiffs' Motion to Stay Proceedings is granted, and that these proceedings shall be **STAYED until March 14, 2012**.

**FURTHER**, the court notes that the parties have obtained a continuance of the trial in the related case, *Eastmoor Estates Residents' Assoc. v. Miller*, 4:10cv144-NBB-JMV, but that no continuance of the 9/17/12 trial setting has been requested or granted in this matter. Accordingly, under the circumstances, the undersigned is at liberty to allow only very limited extensions of the current scheduling order deadlines. Therefore, it is **ORDERED** that deadlines in this case are amended as follows:

1. Defendants Eastmoor Residents' reply to plaintiff's Response (Doc. 88) to their Motion for Protective Order (Doc. 81) is due by 3/21/12.

2. Plaintiff's Expert Designation deadline is extended to 3/29/12.

3. Defendants' Expert Designation deadline is extended to 4/30/12.

4. All other deadlines remain unchanged.

SO ORDERED this the 17th day of February, 2012.

/s/   Jane M. Virden
U.S. Magistrate Judge